**510**

175 A.3d 144

## JOHNS HOPKINS HOSPITAL

v.

## WILLIAMS

**Pet. Docket No. 347, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Pending in the Court of Special Appeals (No. 1890, Sept. Term, 2017).

Petition for writ of certiorari denied

175 A.3d 144

## JOHNSON, Steven M.

v.

## DPSCS

**Pet. Docket No. 257, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

(No. 21–C–16–057568, Circuit Court for Washington County.)

Petition for writ of certiorari denied